UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOHN ANTHONY WESTON, 23-943

**PETITION FOR
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

1. DEFENDANT JOHN ANTHONY WESTON (hereinafter the "Detainee") is now confined at the HUDSON COUNTY Correctional Facility (the "Detaining Facility").

2. The Detainee is charged in this District by Complaint with conspiracy to distribute fentanyl, cocaine, and tramadol, in violation of 18 U.S.C. § 841(a)(1) and (b)(1)(C).

3. The Detainee will be required at Martin Luther King Jr. Federal Building & U.S. Courthouse at 50 Walnut Street Newark, New Jersey 07101, before the Hon. Susan D. Wigenton, U.S. District Judge, on December 7, 2023, at 12:00 p.m. for an initial appearance and arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 6, 2023

*/s/ Dong Joo Lee*
Dong Joo Lee
Robert Frazer
Assistant U.S. Attorneys
Petitioner

**O R D E R**

Let the Writ Issue.

DATED: December  6th , 2023

_____
Hon. Susan D. Wigenton, U.S.D.J.

**W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Hudson County Correctional Facility:

WE COMMAND YOU that you have the body of

**John Anthony Weston** (USMS # 72051-509; FBI # 90118FA2; SBI # NJ340604B),

now confined at the Hudson County Correctional Facility, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, in the Martin Luther King Jr. Federal Building & U.S. Courthouse at 50 Walnut Street Newark, New Jersey 07101, on December 7, 2023, at 12:00 p.m., so that the Detainee may attend an initial appearance and arraignment in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED:   December  6th  2023         WILLIAM T. WALSH
                                     Clerk of the U.S. District Court
                                     for the District of New Jersey


                                     Per:  Carmen D. Soto
                                           _____
                                              Deputy Clerk